UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-2036 TJH (JCx) | Date | October 26, 2022 |
|---|---|---|---|
| Title | Marina Borawick v. City of Los Angeles et al | | |

| Present: The Honorable | Michael R. Wilner, United States Magistrate Judge |
|---|---|

| James Muñoz | CS 10/26/22 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| Catherine Elizabeth Sweetser | Surekha A. Shepherd |

**Proceedings:**     **STATUS CONFERENCE RE SCHEDULING (VIDEO)**

Case called. Counsel make their appearance.

Status conference re scheduling held as stated on the record. Court to issue separate order.

 

:19
JM