# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV17-2036 MRW |
| Title: | Marina Borawick v. City of Los Angeles et al. |
| Date | March 29, 2023 |

Present: The Honorable **Michael R. Wilner**

| J. Munoz | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Catherine Sweetser, Paul Hoffman, John Washington

**Attorneys Present for Defendants:**
Surekha Shepherd

___ Day Court Trial     **2nd** Day Jury Trial

___ One day trial:  ___ Begun (1st day);  **X** Held & Continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by **both parties**
**X** Witnesses called, sworn and testified.   **X** Exhibits Identified   **X** Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by ___ plaintiff(s) ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by ___
___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
**✓** Case continued to **03/30/2023 at 8:30 a.m.** for further trial/~~further jury deliberation~~.
___ Other:

**6 : 00**
Initials of Deputy Clerk  **JM**

cc: