Paul L. Hoffman, SBN 71244
Catherine Sweetser, SBN 271142
John Washington, SBN 315991
Schonbrun Seplow Harris & Hoffman LLP
9415 Culver Blvd, #115
Culver City, CA 90232
Telephone: (310) 396-0731
Fax: (310) 399-7040

Attorneys for Plaintiff,
MARINA BORAWICK, an individual.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA BORAWICK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity, OFFICER CORREA, and DOES 1-10,<br><br>Defendants. | CASE NO. 2:17-cv-02036-MRW<br>*Mag. Michael R. Wilner, Ctrm. 550*<br><br>**NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS OF DR. WESLEY MOORE, DR. BENNY LIN, MARINA BORAWICK, AND ROGER CLARK**<br><br>**TRIAL DATE: March 28, 2023** |

1 **TO THE HONORABLE COURT, PARTIES AND THEIR COUNSEL**

2     Plaintiff Marina Borawick hereby files notice that she lodged the following

3 original deposition transcripts with the Court on Monday, March 27, 2023:

5   1. Deposition of Dr. Wesley Moore, taken August 10, 2018;

6   2. Deposition of Roger Clark, taken August 13, 2018.

7   3. Deposition of Dr. Benny Lin, taken August 15, 2018;

8   4. Deposition of Marina Borawick, taken May 24, 2018;

9   5. Deposition of Marina Borawick, taken December 9, 2022;

11                             Respectfully Submitted,

13 Dated: March 29, 2023    **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

*By /s/ John Washington*
Paul Hoffman
Catherine Sweetser
John Washington
*Attorneys for Plaintiff.*

-1-
PLAINTIFF'S NOTICE OF LODGING DEPOSITION TRANSCRIPTS