# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV17-2036 MRW |
| Title: | Marina Borawick v. City of Los Angeles et al. |
| Date | March 30, 2023 |

Present: The Honorable **Michael R. Wilner**

| J. Muñoz | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Catherine Sweetser, Paul Hoffman, John Washington | Surekha Shepherd |

\_\_\_ Day Court Trial    **3rd** Day Jury Trial

\_\_\_ One day trial:    \_\_\_ Begun (1st day);    **X** Held & Continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

\_\_\_ Opening statements made by   both parties

**X** Witnesses called, sworn and testified.    **X** Exhibits Identified    **X** Exhibits admitted.

\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.

\_\_\_ Closing arguments made by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).    \_\_\_ Court instructs jury.

\_\_\_ Bailiff(s) sworn.    \_\_\_ Jury retires to deliberate.    \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.    \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists    \_\_\_ Filed jury notes.    \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Case submitted.    \_\_\_ Briefs to be filed by

\_\_\_ Motion to dismiss by \_\_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Motion for mistrial by \_\_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

**✓** Case continued to   03/31/2023 at 8:30 a.m.   for further trial/~~further jury deliberation~~.

\_\_\_ Other:

                                                                              8 : 00
                                                    Initials of Deputy Clerk    JM

cc: