**HYDEE FELDSTEIN SOTO**, City Attorney - SBN 106866
**SCOTT MARCUS**, Chief Assistant City Attorney – SBN 184980
**CORY M. BRENTE**, Senior Assistant City Attorney – SBN 115453
**SUREKHA A. SHEPHERD**, Deputy City Attorney – SBN 193206
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036;   Fax No.: (213) 978-8785
Email: Surekha.Shepherd@lacity.org

Attorneys for Defendants, **CITY OF LOS ANGELES**, **PETER CORREA**, and **STEVE REYES**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA BORAWICK,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a public entity, OFFICER CORREA, and DOES 1-10.<br><br>Defendants. | **CASE NO. CV17-02036-MRW**<br>*Mag. Michael R. Wilner, Ctrm. 550, 5th Floor*<br><br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT**:

On April 3, 2023, Plaintiff, MARINA BORAWICK, and Defendant CITY OF LOS ANGELES reached a settlement which also includes the claims asserted against the officers.  The settlement requires the approval of both the Mayor and the City Council for the City of Los Angeles.  It is likely that the matter will not be presented

1

to the full City Council for about two months. If the settlement is approved, it is expected that payment of the funds will be made after July 1, 2023, which is the beginning of the new fiscal year. Due to these circumstances, the City Defendants request the following at this time:

1. That the court hold a status conference re: settlement on Friday, August 4, 2023 at 10:00 a.m. by remote means;

2. That the parties be ordered to file no later than July 28, 2023, a joint status report re: settlement, wherein they will inform the Court whether additional time is needed to finalize the settlement or whether they plan to file a Stipulation for Dismissal prior to August 2, 2023.;

3. If Plaintiff and City Defendants file a Stipulation for Dismissal pursuant to FRCP 41(a) by 11:59 p.m. on August 2, 2023, that no appearances shall be required on August 4, 2023.;

4. The parties also agree that should the Mayor or City Council decline to approve the Parties' settlement, trial shall recommence in this matter as to the damages phase in front of a different jury.

Dated: April 4, 2023  SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP

By: /s/ John Washington
**PAUL HOFFMAN**, Esq.
**CATHERINE SWEETSER**, Esq.
**JOHN WASHINGTON**, Esq.
Attorneys for Plaintiff, **MARINA BORAWICK**

Dated: April 4, 2023  **HYDEE FELDSTEIN SOTO**, City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Sr. Assistant City Attorney

By: *Surekha A. Shepherd*
**SUREKHA A. SHEPHERD**, Deputy City Attorney
Attorneys for Defendants, **CITY OF LOS ANGELES**, **PETER CORREA**, and **STEVE REYES**