UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV17-2036 MRW | Date | April 4, 2023 |
| Title: | Marina Borawick v. City of Los Angeles et al. | | |

Present: The Honorable **Michael R. Wilner**

| J. Muñoz | Maria Bustillos/ CS 04/04/23 |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Catherine Sweetser, Paul Hoffman, John Washington | Surekha Shepherd |

\_\_\_ Day Court Trial    **5th** Day Jury Trial
\_\_\_ One day trial:  \_\_\_ Begun (1st day);  \_\_\_ Held & Continued;  **X** Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by  both parties
\_\_\_ Witnesses called, sworn and testified.   \_\_\_ Exhibits Identified   \_\_\_ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   \_\_\_ Polling waived.
**X** Filed Witness & Exhibit Lists   **X** Filed jury notes.   **X** Filed jury instructions.
\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by
\_\_\_ Motion to dismiss by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to _____ for further trial/further jury deliberation.
**X** Other:  Parties informed Court of settlement re damages.  Jury excused. Court adjourned.

: 05
Initials of Deputy Clerk    JM

cc: