UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



# JURY NOTE • NUMBER __1__

Case No: CV 17-2036 MRW

Title:   Marina Borawick v. City of Los Angeles et al.
===================================================================

☐   The Jury has reached a unanimous verdict.

☑   Other: Can we please have the video of the transport to santa Monica?

Dated this ~~today~~ 31st ~~Friday~~ day of __March__, 2021.

Time:     :     am/pm

[signature redacted]
Foreperson of the Jury

**Court's Response:**

Exhibit Fixed

/s/