UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# JURY NOTE • NUMBER 2

Case No: CV 17-2036 MRW

Title: Marina Borawick v. City of Los Angeles et al.
================================================================

☐ The Jury has reached a unanimous verdict.

☑ Other: Can we have a definition of "deliberate indifference"?

Dated this 31st day of March, 2021.

Time: 1:19 am/pm

Foreperson of the Jury

**Court's Response:**

SEE ATTACHED

/s/

Court's Response to Jury Note # 2

"Deliberate indifference" is the conscious or reckless disregard of the consequences of one's acts or omissions. It entails something more than negligence, but is satisfied by something less than acts or omissions for the very purpose of causing harm or with knowledge that harm will result.