UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

**JURY NOTE • NUMBER** 3

Case No: CV 17-2036 MRW

Title:   Marina Borawick v. City of Los Angeles et al.
===============================================================

☐   The Jury has reached a unanimous verdict.

☑   Other: Could we have clarification on how to mark 7a?

Dated this 31st day of March, 2021.   ███████████
Time: 1:54 am/pm                      Foreperson of the Jury

Court's Response: