UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2023
CENTRAL DISTRICT OF CA

# JURY NOTE • NUMBER  6

Case No: CV 17-2036 MRW

Title: Marina Borawick v. City of Los Angeles et al.
========================================================================

☑ The Jury has reached a unanimous verdict.

☐ Other:

_____
_____
_____
_____
_____
_____
_____
_____

Dated this _____ day of _____ , 2021.       ▉▉▉▉▉▉▉▉▉▉

Time:    :    am/pm                                       Foreperson of the Jury

| Court's Response: |
|---|
|  |