# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV17-2036 MRW | Title | Marina Borawick v. City of Los Angeles et al. |
|---|---|---|---|
| Judge | Magistrate Judge Michael R. Wilner | | |
| Dates of Trial or Hearing | 03/28/23 thru | | |
| Court Reporters or Tape No. | Maria Bustillos | | |
| Deputy Clerks | J. Muñoz | | |

FILED
CLERK, U.S. DISTRICT COURT
APR 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Catherine Sweetser | Surekha Shepherd |
| Paul Hoffman | |
| John Washington | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | 03/29/23 - Detective Steve Reyes | Pltf |
| | | | | | | 03/29/23 - Officer Peter Correa | Pltf |
| | | | | | | 03/29/23 - Dr. Wesley Moore | Pltf |
| | | | | | | 03/30/23 - Roger Clark | Pltf |
| | | | | | | 03/30/23 - Officer Julian Gonzalez | Pltf |
| | | | | | | 03/30/23 - LAPD Officer Pompello Calderon | Deft |
| | | | | | | 03/30/23 - Marina Borawick | Pltf |
| | | | | | | 03/31/23 - James Katapodis | Deft |
| | | | | | | *SEE ATTACHED EXHIBIT LIST | |

Paul Hoffman, SBN 071244
SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
Telephone: (310) 396-0731
Fax: (310) 399-7040

Catherine Sweetser, SBN 271142
John C. Washington, SBN 315991
SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Telephone: (310) 396-0731
Fax: (310) 399-7040

*Attorneys for Plaintiff,
Marina Borawick.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marina Borawick<br><br>Plaintiff(s),<br><br>vs.<br><br>City of Los Angeles, et.al<br><br>Defendant(s). | Case No. 2:17-cv-02036-MRW<br>*Mag. Michael R. Wilner, Ctrm 550, Roybal*<br><br>**SECOND AMENDED JOINT EXHIBIT LIST**<br><br>Trial Date: March 28, 2023<br>Pretrial Conference: March 15, 2023 |

The parties hereby submit their list of trial exhibits. The parties reserve the right to supplement and/or amend this list. In submitting this Second Amended Exhibit List, none of the parties are waiving their objections to the documents and videos identified herein.

## PLAINTIFF'S EXHIBITS

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| 01 | DICV footage re: Plaintiff driving and officers' interaction with Plaintiff  *1A-Video* | No objection with the exception of the conversation between Plaintiff and Officer Correa as set forth in Defendants' MIL No. 2. FRE 402, 403. | 3/28/23 | MAR 2 8 2023 |
| 02 | Transcript of DICV footage re: Plaintiff driving and officers' interaction with Plaintiff | No objection with the exception of the conversation between Plaintiff and Officer Correa as set forth in Defendants' MIL No. 2. FRE 402, 403. | | |
| 03 | DICV footage re: Plaintiff's Transportation to Pacific Division  *video* | No objection with the exception of the conversation between Plaintiff and Officer Correa as set forth in Defendants' MIL No. 2. FRE 402, 403. | 3/28/23 | MAR 2 8 2023 |
| 04 | Transcript of DICV footage re: Plaintiff's | No objection with the exception of | | |

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Transportation to Pacific Division | the conversation between Plaintiff and Officer Correa as set forth in Defendants' MIL No. 2. FRE 402, 403. |  |  |
| 05 | DICV footage re: Plaintiff's Transportation to Santa Monica Police Department | No objection with the exception of the conversation between Plaintiff and Officer Correa as set forth in Defendants' MIL No. 2. FRE 402, 403. | 3/28/23 | MAR 2 8 2023 |
| 5(A) | video |  | 5(A) MAR 3 0 2023 | 3/30/23 |
| 06 | Transcript of DICV footage re: Plaintiff's Transportation to Santa Monica Police Department | No objection with the exception of the conversation between Plaintiff and Officer Correa as set forth in Defendants' MIL No. 2. FRE 402, 403. |  |  |
| 07 | Police Radio Audio Recording (filename 160421004966-Pacific) |  |  |  |
| 08 | Audio of voicemail left during incident. | Relevance, Confusion of Issues. FRE 402, 403 | MAR 3 0 2023 | MAR 3 0 2023 |
| 09 | Transcript of audio of voicemail left during incident |  |  |  |
| 10 | Internal Affairs file for Steve Reyes and | Right to Privacy. Relevance. |  |  |

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | documents therein, including complaint and related documents re: intentionally altering federal documents. | Hearsay. Confusion of issues. Improper Character Evidence. Misleading. Undue Consumption of Time and Unfair Prejudice. FRE 402, 403, 404(b), 801 and 802. | | |
| 11 | Training History for Officer Correa | | | |
| 12 | Training History for Officer Reyes | | | |
| 13 | DBI/R Data Logged and Message texts dated 4/21/2016 (redacted) | | | |
| 14 | MDC Log | | | |
| 15 | Vehicle Report | | | |
| 16 | CWS Warrant Information Sheet for Plaintiff | | | |
| 17 | LAPD Adult Detention Log | | | |
| 18 | SMDP Jail Intake form | Relevance. Hearsay. Confusion of issues. Unfair Prejudice. FRE 402, 403, 801 and 802. | | |
| 19 | Arrestee Medical Screening Form | Relevance. Hearsay. Confusion of | | |

4

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | issues. Unfair Prejudice. FRE 402, 403, 801 and 802. | | |
| 20 | SMPD Intake Questionnaire Form | Relevance. Hearsay. Confusion of issues. Unfair Prejudice. FRE 402, 403, 801 and 802. | | |
| 21 | SMPD Notice to Appear | Relevance. Confusion of issues. Unfair Prejudice. FRE 402, 403, 801 and 802. | | |
| 22 | Photograph of Plaintiff's Wallet (P000022) ✓ | Relevance. Confusion of issues. Unfair Prejudice. Misleading. FRE 402, 403. (See Defendants' MIL No. 6) | MAR 3 0 2023 | MAR 3 0 2023 |
| 23 | CAD Report and LA County Consolidated Criminal History for Plaintiff | | | |
| 24 | Incident recall | | | |
| 25 | Medical records for Plaintiff from UCLA  *single page P00245* ✓ | As stated in the City Defendants' MIL No. 1 re: Bifurcation. FRE 402, 403 and FRCP 42(b). Defendants also | 3/29/23 | 3/29/23 |

5

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | object pursuant to MIL No. 6 | | |
| 26 | Medical records for Plaintiff from Scripps | As stated in the City Defendants' MIL No. 1 re: Bifurcation. FRE 402, 403 and FRCP 42(b). Defendants also object pursuant to MIL No. 6 | | |
| 27 | Medical records for Plaintiff from Yo San Clinic | As stated in the City Defendants' MIL No. 1 re: Bifurcation. FRE 402, 403 and FRCP 42(b). Defendants also object pursuant to MIL No. 6 | ~~MAR 3 0 2023~~ | |
| 28 | Medical records for Plaintiff from Dr. Benny Lin | As stated in the City Defendants' MIL No. 1 re: Bifurcation. FRE 402, 403 and FRCP 42(b). Defendants also object pursuant to MIL No. 6 | MAR 3 0 2023 | |
| 29 | Medical records for Plaintiff from Elander Eye Medical Group | As stated in the City Defendants' MIL No. 1 re: Bifurcation. FRE 402, 403 and FRCP 42(b). Defendants also object pursuant to MIL No. 6 | | |

6

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| 30 | LAPD Department policy concerning handcuffing, including sections 217.30, 217.32, 217.34, 217.36 | | | |
| 31 | Defendants' Chart of Related Complaints against the LAPD | Relevance. Confusion of issues. Unfair prejudice. Defendants also object pursuant to MIL No. 7. Hearsay. FRE 402, 403, 801 and 802. | | |
| 32 | LAPD Training Bulletin re: Handcuffing (2008) | | | |
| 33 | LAPD Training Bulletin re: Developmental Disabilities (2008) | | | |
| 34 | Operations Notice No. 2 (9/22/2011), Handcuffing Protocol | | | |
| 35 | POST Learning Domain 37 | The LD is lengthy and not all of its content is relevant to the issues in the case. Relevance. Confusion of issues. Misleading. Undue consumption of time. Unfair prejudice. FRE 402, 403. Hearsay. | MAR 30 2023 [handwritten] 195: [illegible] 1-7 ✓ 1-8 ✓ 1-9 ✓ | MAR 30 2023 [handwritten] |

7

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | FRE 801 and 802. | | |
| 36 | LAPD Manual 210.10 and 210.12 Medical Treatment before Booking, and Requesting Ambulance Service | | | |
| 37 | LAPD Manual 210.75 Emergency Medical Transportation | | | |
| 38 | LAPD Manual 217.50 Transportation of Arrestees | | | |
| 39 | LAPD Manual 217.53 Transporting PCP Arrestees | | | |
| 40 | LAPD Manual 648.10 Medical Treatment of Unbooked Arrestees | | | |
| 41 | Plaintiff's Expert Disclosures for Dr. Moore, partcularly Dr. Moore's CV | As stated in the City Defendants' MIL No. 3 and otherwise, relevance, hearsay. FRE 402. | | |
| 42 | Plaintiff's Expert Disclosures for Roger Clark, particularly his CV | | | |
| 43 | Image of body with drawings, | | | |
| 44 | Images of head and shoulders with arteries ✓ | page 2 | 3/29/23 | 3/29/23 |
| 45 | Image of Adsons test | | | |
| **Marked for Identification/Impeachment:** | | | | |
| 100. | Internal Affairs file for Marina Borawick | Relevance. Hearsay. | | |

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Complaint | Confusion of issues. Improper Character Evidence. Misleading. Undue Consumption of Time and Unfair Prejudice. FRE 402, 403, 404(b), 801 and 802. |  |  |
| 101 | Transcript of Recorded Internal Affairs Interview of Officer Correa on 12/15/2016 | Right to Privacy. Relevance. Confusion of issues. Unfair prejudice. FRE 402, 403 |  |  |
| 102 | Audio of Recorded Internal Affairs Interview of Officer Reyes on 12/5/2016 | Right to Privacy. Relevance. Confusion of issues. Unfair prejudice. FRE 402, 403 |  |  |
| 103 | Transcript of Recorded Internal Affairs Interview of Officer Reyes on 12/5/2016 | Right to Privacy. Relevance. Confusion of issues. Unfair prejudice. FRE 402, 403 |  |  |
| 104 | Audio of Recorded Internal Affairs Interview of Officer Reyes on 12/5/2016 | Right to Privacy. Relevance. Confusion of issues. Unfair prejudice. FRE 402, 403 |  |  |
| 105 | Internal Affairs file for Officer Correa, including documents | Right to Privacy. Relevance. Hearsay. |  |  |

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | related to complaints by Shawn Samuel, Kailyn Bailey, and Aaron Soil. | Confusion of issues. Improper Character Evidence. Misleading. Undue Consumption of Time and Unfair Prejudice. FRE 402, 403, 404(b), 801 and 802. | | |

## DEFENDANTS EXHIBITS

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| 201. | Reserved. | | | |
| 202. | LAPD Digital In-Car Camera Video ("DICV") footage re: Plaintiff driving prior to traffic stop and Related Reporter's Transcript | Plaintiff has not seen a transcript of this video and does not believe one exists. Waste of time and confusion of issues; this video is wholly covered by the admitted facts listed in the PTCO. | | |
| 203. | Related LAPD Incident Recall | ✓ | 3/29/23 | 3/29/23 |
| 204. | DICV re: Traffic Stop-interaction with Plaintiff and related Reporter's Transcript | Plaintiff objects to the accuracy of the transcript on this video: Lacks | 3/29/23 | 3/29/23 |

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | foundation, FRE 602; lacks authentication, FRE 901. Hearsay with respect to statements other than Ms. Borawick's (specifically the officer's statement about the department policies), FRE 801.<br><br>Plaintiff hereby renews their MIL listed at Dkt. 133 and denied at Dkt. 183, as regards the specific statement about policies reflected in the attached transcript page. This statement is hearsay as to the policies, and is directly contradicted by the position the department took in court and by the officers' own statements. | | |

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| 205. | DICV re: Backseat of LAPD Patrol Vehicle and Transport to Pacific Division and related Reporter's Transcript | Plaintiff objects to the accuracy of the transcript on this video: Lacks foundation, FRE 602; lacks authentication, FRE 901. Hearsay with respect to statements other than Ms. Borawick's (specifically the officer's statement about the department policies), FRE 801.<br><br>Plaintiff hereby renews their MIL listed at Dkt. 133 and denied at Dkt. 183, as regards the specific statement about policies reflected in the attached transcript page. This statement is hearsay as to the policies, and is directly contradicted by | | |

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | the position the department took in court and by the officers' own statements. | | |
| 206. | LAPD Adult Detention Log entry re: Plaintiff; | | | |
| 207. | LAPD CAD Summary Report | | | |
| 208. | Related MDC Messages pertaining to Plaintiff, including information regarding warrant for Plaintiff's arrest | Hearsay, lacks foundation, irrelevant, confuses jury. | 3/28/23 | |
| 209. | Related Vehicle Report | | | |
| 210. | DICV re Transport to Santa Monica Police Department and related Reporter's Transcript | Plaintiff objects to the accuracy of the transcript on this video: Lacks foundation, FRE 602; lacks authentication, FRE 901. | | |
| 211. | Reserved | | | |
| 212. | Reserved | . | | |
| 213. | Los Angeles County Unified Arrestee Medical Screening Form | | | |
| 214. | Reserved | | | |
| 215. | Countywide Warrant System-Warrant | Hearsay, lacks foundation, | | |

13

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Information Sheet re: Plaintiff and related computer printouts | irrelevant, unduly prejudicial, authentication. |  |  |
| 216. | 2008 LAPD Training Bulletin - Handcuffing |  | MAR 3 0 2023 | MAR 3 1 2023 |
| 217. | LAPD Training on Disabled Persons | Hearsay, irrelevant, confuses the issues. |  |  |
| 218. | Diagram of Human Head/Neck (served on June 25, 2018) |  |  |  |
| 219. | Diagram of Human heart and Carotid, Vertebral, Subclavian and Brachiocephalic Arteries (served on June 25, 2018) |  |  |  |
| 220 | Diagram of the Human Head (close-up) and Various Arteries (served on June 25, 2018) |  |  |  |
| 221. | Diagram of Human Body and Various Arteries (served on June 25, 2018) |  |  |  |
| 222. | LAPD Directive on Use of Force (2009) | Not produced in discovery. Irrelevant; 403. |  |  |
| 223. | Excerpts from LAPD 2016 Department Manual – Volume (2nd Quarter) re: handcuffing and transporting prisoners |  | MAR 3 1 2023 redacted page | MAR 3 1 2023 |

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | in vehicles without divider | | | |
| 224. | LAPD Operations Notice No. 2 on Handcuffing (2011) | | | |
| 225. | Diagram re Shoulder (Coracoid process) (served on July 9, 2018) – Damages Phase | | | |
| 226. | Diagram of Shoulder: Anterior and Posterior views (served on July 9, 2018) – Damages Phase | | | |
| 227. | Diagram of Shoulder (Clavicle) (served on July 9, 2018) – Damages Phase | | | |
| 228. | Training Curriculum/Lesson Plan for Disabilities from November of 2015 | Irrelevant, hearsay, 403. | | |
| 229. | Reserved. | | | |
| 230. | Reserved. | | | |
| 231. | LAPD Training Bulletin – Developmental Disabilities (2008) | | | |
| 232. | LAPD Manual Sections regarding Medication and Handling Unconscious Persons (2016) | Irrelevant, hearsay, 403. | | |
| 233. | LAPD Academy Curriculum – Quality | Irrelevant, hearsay, 403. | | |

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | of Life Module – People with Disabilities (11/5/15) (PACER No. 94-3) | | | |
| 234. | Excerpt from P.O.S.T. Learning Domain No. 37 – People with Disabilities (PACER No. 94-2) | | | |
| 235. | Rule 26 Report prepared by retired LAPD Sergeant II, Jim Katapodis, served on June 25, 2018 | Irrelevant, hearsay, 403. In addition, large portions were excluded by Judge Hatter in Dkt. 183. | | |
| 236. | Supplemental Expert Report of retired LAPD Sergeant II, James Katapodis, served on July 13, 2018 | Irrelevant, hearsay, 403. In addition, large portions were excluded by Judge Hatter in Dkt. 183. | | |
| 237. | Rule 26 Report prepared by Ronald Kvitne, M.D. and curriculum vitae, served on July 9, 2018.[1] | Irrelevant, hearsay, 403. | | |
| 238. | Medical Records of Plaintiff regarding shoulder, including Dr. Lin – Damages Phase | | | |

---

[1] The disclosures were initially served on June 25, 2018 wherein the reports of experts Cossman, Kvitne and Katapodis were attached but at least one diagram was inadvertently omitted. Dr. Cossman is no longer an expert in this case and Defendants do not intend to introduce any of his reports.

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| 239. | Medical records of Plaintiff from U.C.L.A. Medical Center from 2008 – 2016 – Damages Phase | | | |
| 240. | Medical records of Plaintiff from U.C.L.A. Medical Center from 2017 – 2022 – Damages Phase | | | |
| 241. | Medical records of Plaintiff from Scripps Clinic – Damages Phase | Lacks foundation; hearsay. | | |
| 242. | Reserved | | | |
| 243. | Diagram of Axillary-Axillary Graft (served on December 2, 2020) – Damages Phase | | | |
| 244. | Diagram of Carotid-Subclavian Bypass (served on December 2, 2020) – Damages Phase | | | |
| 245. | Diagram of Takayasu-Arteritis (served on December 2, 2020) – Damages Phase | | | |
| 246. | Rule 26 Report of Michael J. Sise, M.D., Curriculum Vitae and List of Publications, (served on December 13, 2022) – Damages Phase | Irrelevant, hearsay, 403. | | |
| 247. | Supplemental | Irrelevant, | | |

| Exhibit No. | Description | Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Disclosure of Report of Michael J. Sise, M.D. | hearsay, FRE 403. |  |  |
| 248. | Three Medical Articles referenced by Doctor Michael J. Sise in his Initial Report | Hearsay, FRE 801, 802; Confusion of the issues, FRE 403. |  |  |

Dated: February 27, 2023

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**

By: ___/s/ Catherine Sweetser
Catherine Sweetser

Dated: February 27, 2023

**HYDEE FELDSTEIN SOTO**, City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: _____*Surekha A. Shepherd* [With Permission]
**SUREKHA A. SHEPHERD**, Deputy City Attorney
*Attorneys for Defendants*, **CITY OF LOS ANGELES, PETER CORREA and STEVE REYES**