FILED
CLERK, U.S. DISTRICT COURT
APR 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARINA BORAWICK, Plaintiff, v. CITY OF LOS ANGELES, et al., Defendants. | Case No. CV 17-2036 MRW<br>**SPECIAL VERDICT** -Redacted |

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

**QUESTION NO. 1:** Did Defendants Correa or Reyes use excessive or unreasonable force against Plaintiff Borawick:

During the initial handcuffing at the scene of the arrest?

Correa: YES______ NO ✓

Reyes: YES______ NO ✓

For the period that Plaintiff was in the police car until she was uncuffed at LAPD Pacific Station?

Correa: YES______ NO ✓

Reyes: YES______ NO ✓

During Plaintiff's transportation to Santa Monica Police Station?

Correa: YES______ NO ✓

Reyes: YES______ NO ✓

*Proceed to Question No. 2.*

**QUESTION NO. 2:** Did Defendants Correa or Reyes violate the Americans with Disabilities Act / Rehabilitation Act:

During the initial handcuffing at the scene of the arrest?

Correa: YES______ NO ✓

Reyes: YES______ NO ✓

For the period that Plaintiff was in the police car until she was uncuffed at LAPD Pacific Station?

Correa: YES ✓ NO______

Reyes: YES ✓ NO______

During Plaintiff's transportation to Santa Monica Police Station?

Correa: YES______ NO ✓

Reyes: YES______ NO ✓

*If you answered "Yes" to any component of Question No. 2, proceed to Question No. 3.*

*If you answered "No" to all components of Question No. 2, proceed to Question No. 4.*

**QUESTION NO. 3:** Is it more likely than not that Defendants Correa or Reyes acted with deliberate indifference by handcuffing Plaintiff Borawick:

During the initial handcuffing at the scene of the arrest?

Correa: YES______ NO ✓

Reyes: YES______ NO ✓

For the period that Plaintiff was in the police car until she was uncuffed at LAPD Pacific Station?

Correa: YES ✓ NO______

Reyes: YES______ NO ✓

During Plaintiff's transportation to Santa Monica Police Station?

Correa: YES______ NO ✓

Reyes: YES______ NO ✓

*Proceed to Question No. 4.*

**QUESTION NO. 4:** Did Defendants Correa or Reyes violate the Bane Act:

By the use of excessive force?

Correa: YES_______ NO ✓

Reyes: YES_______ NO ✓

By arresting Plaintiff Borawick in retaliation for her exercise of her right to free speech?

Correa: YES_______ NO ✓

Reyes: YES_______ NO ✓

*Proceed to Question No. 5.*

**QUESTION NO. 5:** Did Plaintiff Borawick prove that Defendant Correa or Reyes committed battery against her?

Correa: YES_______ NO ✓

Reyes: YES_______ NO ✓

*Proceed to Question No. 6.*

**QUESTION NO. 6:** Did Defendants Correa or Reyes negligently use force against Plaintiff Borawick:

During the initial handcuffing at the scene of the arrest?

Correa: YES_______ NO_______

Reyes: YES_______ NO_______

For the period that Plaintiff was in the police car until she was uncuffed at LAPD Pacific Station?

Correa: YES_______ NO_______

Reyes: YES_______ NO_______

During Plaintiff's transportation to Santa Monica Police Station?

Correa: YES_______ NO_______

Reyes: YES_______ NO_______

*If you answered "Yes" to any component of Question No. 6, proceed to Question No. 7a.*

*If you answered "No" to all components of Question No. 6, proceed to Questions No. 8a and b.*

**QUESTION NO. 7a:** Was Plaintiff Borawick negligent:

During the initial handcuffing at the scene of the arrest?

Correa: YES_______ NO_______

Reyes: YES_______ NO_______

For the period that Plaintiff was in the police car until she was uncuffed at LAPD Pacific Station?

Correa: YES_______ NO_______

Reyes: YES_______ NO_______

During Plaintiff's transportation to Santa Monica Police Station?

Correa: YES_______ NO_______

Reyes: YES_______ NO_______

*If you answered "Yes" to Question No. 7a, proceed to Questions No. 7b and c. If you answered "No", proceed to Questions No. 8a and b.*

**QUESTION NO. 7b:** Was the negligence of Plaintiff Borawick a substantial factor in causing her harm?

YES______ NO ✓

**QUESTION NO. 7c:** What percentage of responsibility for Plaintiff Borawick's harm do you assign to the parties? Insert a percentage for those parties for whom you answered "Yes" in Questions 5 and 6a-b.

| | |
|---|---|
| Borawick: | 40 % |
| Correa: | 35 % |
| Reyes: | 25 % |
| **TOTAL:** | 100% |

*Proceed to Question No. 8a.*

**QUESTION NO. 8a:** For Plaintiff's claim of excessive force under Section 1983, did Plaintiff prove by a preponderance of the evidence that the actions of Defendant Correa or Reyes that caused her harm were malicious, oppressive, or in reckless disregard of her rights?

| | | |
|---|---|---|
| Correa: | YES______ | NO ✓ |
| Reyes: | YES______ | NO ✓ |

**QUESTION NO. 8b:** For Plaintiff's state law claims of negligence, battery, or violation of the Bane Act, did Plaintiff prove by clear and convincing evidence that the actions of Defendant Correa or Reyes that caused her harm were malicious, oppressive, or in reckless disregard of her rights?

Correa: YES______ NO ✓

Reyes: YES______ NO ✓

*Please date and sign below, and return this form to the Court. Thank you.*

DATED: 03/31/2023

[redacted]
FOREPERSON OF THE JURY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MARINA BORAWICK,

Plaintiff,

v.

CITY OF LOS ANGELES, et al.,

Defendants.

Case No. CV 17-2036 MRW

**SPECIAL VERDICT**

**CORRECTED QUESTION No. 6**

**QUESTION NO. 6:** Were Defendants Correa or Reyes negligent:

During the initial handcuffing at the scene of the arrest?

Correa: YES______ NO ✓

Reyes: YES______ NO ✓

For the period that Plaintiff was in the police car until she was uncuffed at LAPD Pacific Station?

Correa: YES ✓ NO______

Reyes: YES ✓ NO______

During Plaintiff's transportation to Santa Monica Police Station?

Correa: YES______ NO ✓

Reyes: YES______ NO ✓

*If you answered "Yes" to any component of Question No. 6, proceed to Question No. 7a.*

*If you answered "No" to all components of Question No. 6, proceed to Questions No. 8a and b.*

*Please date and sign below, and return this form to the Court. Thank you.*

DATED: 03/31/2023

[redacted signature]
FOREPERSON OF THE JURY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MARINA BORAWICK,

Plaintiff,

v.

CITY OF LOS ANGELES, et al.,

Defendants.

Case No. CV 17-2036 MRW

**SPECIAL VERDICT**

**CORRECTED QUESTION No. 7a**

**QUESTION NO. 7a:** Was Plaintiff Borawick negligent:

During the initial handcuffing at the scene of the arrest?

YES ✓ NO ______

For the period that Plaintiff was in the police car until she was uncuffed at LAPD Pacific Station?

YES ______ NO ✓

During Plaintiff's transportation to Santa Monica Police Station?

YES ______ NO ✓

*If you answered "Yes" to any component of Question No. 7a, proceed to Questions No. 7b and c.*

*If you answered "No", proceed to Questions No. 8a and b.*

*Please date and sign below, and return this form to the Court. Thank you.*

DATED: 03/31/2023

[redacted signature]

FOREPERSON OF THE JURY