Paul Hoffman, SBN 071244
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
200 Pier Avenue # 226
Hermosa Beach, CA 90254
Telephone: (310) 396-0731
Fax: (310) 396-0731
Email: *hoffpaul@aol.com*

Catherine Sweetser, SBN 271142
John Washington, SBN 315991
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
9415 Culver Boulevard, #115
Culver City, CA 90232
Telephone: (310) 396-0731
Fax: (310) 396-0731
Email(s): *csweetser@sshhzlaw.com*
           *jwashington@sshhzlaw.com*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA BORAWICK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et. al.,<br><br>　　　　Defendants. | CASE NO. 2:17-CV-02036 TJH (JCx)<br>*Mag. Michael R. Wilner, Ctrm 550, 5th Fl.*<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

**TO THE HONORABLE COURT:**

Finalization and payment of an approved settlement has been pending, and the parties recently informed the Court that they would either file a dismissal of the action or provide another status report by January 31, 2024. Dkt. 283. The City's payment has been received.

The parties, by and through their attorneys of record, hereby stipulate to dismiss the above-captioned case with prejudice. As provided in the settlement agreement, each party is to bear her/their own attorneys' fees and costs.

Dated: January 19, 2024

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

By: */s/ Catherine Sweetser*
Paul Hoffman
Catherine Sweetser
John C. Washington
*Attorneys for Plaintiff,*
MARINA BORAWICK.

Dated: January 23, 2024

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Asst. City Atty.
**SCOTT MARCUS**, Senior Asst. City Atty.
**CORY M. BRENTE,** Senior Asst. City Atty.

By: /s/ *Surekha A. Shepherd*
**SUREKHA A. SHEPHERD**, Deputy City Attorney
*Attorneys for Defendants,* **CITY OF LOS ANGELES, STEVE REYES AND PETER CORREA**

1

## LOCAL RULE 5-4.3.4 ATTESTATION

I attest that all counsel concur and have authorized the filing.

Dated: January 19, 2024            **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

By: */s/ John Washington*
Paul Hoffman
Catherine Sweetser
John C. Washington
*Attorneys for Plaintiff,*
*MARINA BORAWICK.*